# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARVEL HUGHES

VERSUS

MELANIE DOTSON, GORDON
DOTSON, AND ALLSTATE
INSURANCE COMPANY

NO. 2021 CW 1357

MARCH 10, 2022

---

In Re: Marvel Hughes, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 666795.

---

BEFORE: WHIPPLE, C.J., McCLENDON AND THERIOT, JJ.

WRIT DENIED.

VGW
MRT

**McClendon, J.,** concurs. I am constrained to concur based
on the majority's action in the companion writ to this matter,
2021 CW 1350, from which I dissented.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT